1  McGREGOR W. SCOTT
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

7                    IN THE UNITED STATES DISTRICT COURT
8                       EASTERN DISTRICT OF CALIFORNIA
9
10

11 | UNITED STATES OF AMERICA,    | CASE NO. 1:17-MJ-00008-BAM |
12 |                    Plaintiff, | GOVERNMENT MOTION TO DISMISS AND ORDER |
13 |         v.                    |  |
14 | GIOVANI BAROCIO,              |  |
15 |                    Defendant. |  |

16

17     The United States of America, by and through its undersigned counsel, hereby moves for
18 dismissal of the above-captioned matter for the following reason.
19     Today, the undersigned was notified that the defendant, who is wanted for murder in Stanislaus
20 County, has been apprehended in Mexico and arrived in Sacramento on July 16, 2020. The defendant is
21 currently in the custody of the Stanislaus County jail and will be prosecuted at the state level for the
22 homicide. In light thereof, the government moves to dismiss the complaint, alleging a violation of 18
23 U.S.C. § 1073.
24  ////
25  ////
26  ////
27  ////
28  ////

MOTION TO DISMISS AND PROPOSED ORDER

Dated: July 22, 2020

McGREGOR W. SCOTT
United States Attorney

By: */s/ KAREN A. ESCOBAR*
KAREN A. ESCOBAR
Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated:  **July 21, 2020**

/s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

MOTION TO DISMISS AND PROPOSED ORDER